UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SCOTT S. GRUBE and | ) | |
| CHARLOTTE ANN GRUBE, | ) | |
| Debtors | ) | CASE NO.: 18-12293-REF |
| | ) | |

## STIPULATION

COME NOW, this      day of           , 2018, *Scott S. Grube and Charlotte Ann Grube*, through Debtors' attorney, *Kevin K. Kercher, Esquire*, and Capital One Auto Finance, a division of Capital One, N.A. ("COAF") by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the filed Motion to Determine Value of the Debtor's Vehicle:

WHEREAS the Debtors own a 2010 Mazda Mazda6 – 4 Cyl. Sedan 4D I GT, V.I.N. 1YVHZ8CH5A5M00725 ("vehicle"); and

WHEREAS COAF has a lien on the vehicle; and

WHEREAS the Debtor has filed Motion to Determine Value of the Debtor's Vehicle; and

WHEREAS COAF has filed an Response to the Motion; and

WHEREAS the Debtor and COAF seek to resolve the Motion to Determine Value of the Debtor's Vehicle; it is hereby stipulated and agreed that:

1. The value of the 2010 Mazda Mazda6 – 4 Cyl. Sedan 4D I GT to be paid through the Plan is $6,250.00.

2. The value of the vehicle shall be paid through the Plan at 5.5% interest for sixty (60) months. The payments will total $7,162.96 and COAF shall have a total secured claim in that amount.

3. The balance of any claim shall be a general unsecured claim.

4. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding upon the parties.

5. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

_____ 6/5/18
Jason Brett Schwartz, Esquire
Attorney for COAF
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

_____
Kevin K. Kercher, Esquire
Attorney for the Debtors
881 Third Street, Suite C-2
Whitehall, PA 18052
(610) 264-4120

_____ for 7/29/18
Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
(610) 779-1313

SO ORDERED
BY THE COURT:

**Date: August 1, 2018**

_____
Richard E. Fehling
U.S. Bankruptcy Judge