**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :
                                    :
    **SCOTT S. GRUBE and**          :    **CHAPTER 13**
    **CHARLOTTE ANN GRUBE,**        :
                                    :
            **Debtor**              :    **BKRTCY. NO. 18-12293 pmm**

## ORDER ON DEBTORS' MOTION TO MODIFY PLAN POST-CONFIRMATION

AND NOW, upon consideration of the Motion of Debtors to Modify Plan Post-Confirmation,

IT IS **ORDERED** that the Motion is **GRANTED,** and it is

FURTHER **ORDERED** that Debtors' Sixth Amended Chapter 13 Plan (Post-Confirmation), Document 81, is approved, and same be and hereby is made the confirmed Chapter 13 Plan as proposed by the Debtors.

**BY THE COURT:**

*Patricia M. Mayer*

_____

**Date: February 4, 2021**

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**